# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Berkley Regional Insurance Company, ) </br> ) </br> Plaintiff and ) </br> Counter-Defendant, ) </br> ) </br> vs. ) </br> ) </br> Debbie Bernick-Odom, personally and as ) </br> Personal Representative for the Estate of ) </br> Jeffrey Odom, ) </br> ) </br> Defendants and ) </br> Counterclaimants. ) | **ORDER** </br></br> Case No. 4-15-cv-178 |

The court conducted a status conference with the parties on August 9, 2017. Based upon the agreement of counsel during that discussion, there is no need for the current trial date because the pending motions for summary judgment will resolve this case in its totality. (Doc. Nos. 38, 41). Accordingly, the court **CANCELS** the trial set to begin September 11, 2017, and the final pretrial conference set for August 29, 2017.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2017.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court